| | | |
|---|---|---|
| 1 | HARVEY SISKIND LLP | |
| 2 | Ian K. Boyd (SBN 191434) | |
|   | Matthew A. Stratton (SBN 254080) | |
| 3 | Four Embarcadero Center, 39th Floor | |
|   | San Francisco, California 94111 | |
| 4 | Telephone: (415) 354-0100 | |
|   | Facsimile: (415) 391-7124 | |
| 5 | iboyd@harveysiskind.com | |
|   | mstratton@harveysiskind.com | |
| 6 | | |

| | | |
|---|---|---|
| 7 | WOOD, HERRON & EVANS, L.L.P. | KING & KELLEHER, LLP |
|   | Clement H. Luken (*admitted pro hac vice*) | Edward Vincent King, Jr. (SBN 085726) |
| 8 | John Paul Davis (*admitted pro hac vice*) | Dirk van Ausdall (SBN 117279) |
|   | 2700 Carew Tower, 441 Vine Street | Four Embarcadero Center, 17th Floor |
| 9 | Cincinnati, Ohio 45202-2917 | San Francisco, CA 94111 |
|   | Telephone: (513) 241-2324 | Telephone: (415) 781-2888 |
| 10 | Facsimile: (513) 241-6234 | Facsimile: (415) 781-3011 |
|   | cluken@whepatent.com | evking@kingandkelleher.com |
| 11 | jdavis@whepatent.com | dvanausdall@kingandkelleher.com |
| 12 | | |
| 13 | Attorneys for Defendant | Attorneys for Plaintiff |
|   | QUALITY GOLD, INC. | TRENT WEST |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRENT WEST, | Case No. C 11-02531 EJD |
| Plaintiff, | **STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| v. | |
| QUALITY GOLD, INC., | |
| Defendant. | |

1   Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii), Plaintiff Trent West and Defendant Quality
2   Gold, Inc., by and through their respective counsel of record, stipulate that all claims between them in
3   this action are hereby dismissed with prejudice. Each party shall bear its/his own costs and attorneys'
4   fees. All motions, hearings and deadlines are TERMINATED. The Clerk shall close this file.

Dated: September 27, 2012              Respectfully submitted,

                                       HARVEY SISKIND LLP
                                       IAN K. BOYD
                                       MATTHEW A. STRATTON

                                       WOOD, HERRON & EVANS, L.L.P.
                                       CLEMENT H. LUKEN
                                       JOHN PAUL DAVIS


                                       By: _____/s/_____
                                              Matthew A. Stratton

                                       Attorneys for Defendant
                                       QUALITY GOLD, INC.

                                       KING & KELLEHER, LLP
                                       EDWARD VINCENT KING, JR.
                                       DIRK van AUSDALL

                                       By: _____/s/_____
                                              Dirk van Ausdall

                                       Attorneys for Plaintiff
                                       TRENT WEST


I, Matthew A. Stratton, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiff Trent West has concurred in this filing.

                                              _____/s/_____
                                              Matthew A. Stratton

-1-
STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE          CASE NO. C 11-02531 EJD