| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | Ian K. Boyd (SBN 191434) |
| 2 | Matthew A. Stratton (SBN 254080) |
| 3 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 4 | Telephone:  (415) 354-0100 |
| | Facsimile:  (415) 391-7124 |
| 5 | iboyd@harveysiskind.com |
| | mstratton@harveysiskind.com |
| 6 | |

| | | |
|---|---|---|
| 7 | WOOD, HERRON & EVANS, L.L.P. | KING & KELLEHER, LLP |
| | Clement H. Luken (*admitted pro hac vice*) | Edward Vincent King, Jr. (SBN 085726) |
| 8 | John Paul Davis (*admitted pro hac vice*) | Dirk van Ausdall (SBN 117279) |
| | 2700 Carew Tower, 441 Vine Street | Four Embarcadero Center, 17th Floor |
| 9 | Cincinnati, Ohio  45202-2917 | San Francisco, CA  94111 |
| | Telephone:  (513) 241-2324 | Telephone:  (415) 781-2888 |
| 10 | Facsimile: (513) 241-6234 | Facsimile:  (415) 781-3011 |
| | cluken@whepatent.com | evking@kingandkelleher.com |
| 11 | jdavis@whepatent.com | dvanausdall@kingandkelleher.com |
| 12 | | |
| | Attorneys for Defendant | Attorneys for Plaintiff |
| 13 | QUALITY GOLD, INC. | TRENT WEST |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRENT WEST, | Case No. C 11-02531 EJD |
| Plaintiff, | **STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| v. | |
| QUALITY GOLD, INC., | |
| Defendant. | |

STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE          CASE NO. C 11-02531 EJD

1  Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii), Plaintiff Trent West and Defendant Quality
2  Gold, Inc., by and through their respective counsel of record, stipulate that all claims between them in
3  this action are hereby dismissed with prejudice.  Each party shall bear its/his own costs and attorneys'
4  fees.    All motions, hearings and deadlines are TERMINATED.  The Clerk shall close this file.

Dated:  September 27, 2012                           Respectfully submitted,

                                                     HARVEY SISKIND LLP
                                                     IAN K. BOYD
                                                     MATTHEW A. STRATTON

                                                     WOOD, HERRON & EVANS, L.L.P.
                                                     CLEMENT H. LUKEN
                                                     JOHN PAUL DAVIS

                                                     By:  _____/s/_____
                                                              Matthew A. Stratton

                                                     Attorneys for Defendant
                                                     QUALITY GOLD, INC.

                                                     KING & KELLEHER, LLP
                                                     EDWARD VINCENT KING, JR.
                                                     DIRK van AUSDALL

                                                     By:  _____/s/_____
                                                              Dirk van Ausdall

                                                     Attorneys for Plaintiff
                                                     TRENT WEST


     I, Matthew A. Stratton, am the ECF User whose identification and password are being used to
file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiff Trent
West has concurred in this filing.

                                                     _____/s/_____
                                                       Matthew A. Stratton